```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :       23cv6172 (DLC)
GFI USA, LLC,                        :
                                     :              ORDER
                         Plaintiff,  :
              -v-                    :
                                     :
GITN SDN. BERHAD,                    :
                                     :
                         Defendant.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the September 28, 2023 initial pretrial

conference is rescheduled to **October 6, 2023** at **11:00am** in

Courtroom 18B, United States Courthouse, 500 Pearl Street, New

York, NY 10007.

Dated:      New York, New York
            September 26, 2023

_____
            DENISE COTE
      United States District Judge