```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GFI USA, LLC                             :
                                         :
                    Plaintiff,           :
                                         :
          -v-                            :    23cv6172(DLC)
                                         :
GITN SDN, BERHAD,                        :       ORDER
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on July 18, 2023. To date, the plaintiff has not filed proof of service of the summons and complaint as required by Fed. R. Civ. P. Rule 4(l). Accordingly, it is hereby

ORDERED that the plaintiff file proof of service by October 4, 2023.

Dated:   New York, New York
         October 3, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge